IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CURTIS STRICKLAND,**

　　**Plaintiff,**

v.　　　　　　　　　　　　　　　　　Case No. 5:10cv273/MCR/WCS

**MICHAEL J. ASTRUE,**

　　**Defendant.**

_____/

## ORDER

　　This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 8, 2011 (doc. 23).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

　　Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

　　Accordingly, it is now **ORDERED** as follows:

　　1.　The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

　　2.　The Commissioner's decision to deny Plaintiff's application for disability and supplemental security income benefits is **AFFIRMED**.

　　**DONE AND ORDERED** this 15th day of December, 2011.

　　　　　　　　　　　　　　　　*s/ M. Casey Rodgers*
　　　　　　　　　　　　　　　　**M. CASEY RODGERS**
　　　　　　　　　　　　　　　　**CHIEF UNITED STATES DISTRICT JUDGE**